STAN S. MALLISON, Bar No. 184191
  StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ, Bar No. 206336
  HectorM@TheMMLawFirm.com
LILIANA GARCIA, Bar No. 311396
  LGarcia@TheMMLawFirm.com
**MALLISON & MARTINEZ**
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

Attorneys for PLAINTIFF and the CLASS

SABRINA L. SHADI, Bar No. 205405
VARTAN S. MADOYAN, Bar No. 279015
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA  90025-0509
Telephone:   310.820.8800
Facsimile:   310.820.8859
Emails:       sshadi@bakerlaw.com
              vmadoyan@bakerlaw.com

Attorneys for DEFENDANTS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY HERNANDEZ, individually and acting in the interest of other current and former employees,<br><br>Plaintiffs,<br><br>vs.<br><br>SYSCO CORPORATION, a Delaware corporation; SYSCO SAN FRANCISCO, INC., a California corporation, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 16-cv-06723-JSC<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:  February 20, 2020<br>Time: 1:30 p.m.<br><br>Before the Honorable Jacqueline S. Corley |

Pursuant to the Court's February 3, 2020 Order RE: Plaintiff's Motion for Class Certification (Doc. 121), Plaintiff HENRY HERNANDEZ ("Plaintiff"), and Defendants SYSCO CORPORATION and SYSCO SAN FRANCISCO, INC. (together, "Defendants") submit this Joint Case Management Statement for the upcoming February 20, 2020 Case Management Conference.

## I.   PROPOSED CLASS DEFINITIONS, CLASS NOTICE, AND FURTHER DISPOSITIVE MOTIONS

The Parties will continue to meet and confer regarding the class definitions, class notice, and how to proceed to final resolution. These issues are impacted by the fact that Plaintiff intends to seek reconsideration of the Court's Order, as well as appellate review of the Order, as noted below.

### A. Plaintiff's Statement

After carefully reviewing the Court's Order, Plaintiff has decided to seek reconsideration and appellate review of the Court's decision. In accordance with Civil Local Rule 7-9, Plaintiff will be filing a request for leave to file a motion for reconsideration, and in order to preserve his appellate rights, Plaintiff will also be filing a Petition for Permission to Appeal with the Ninth Circuit Court of Appeals pursuant to Federal Rule of Civil Procedure 23(f).

### B. Defendants' Statement

If this action is not stayed pending Plaintiff's forthcoming appeal, Defendants intend to file a motion for summary judgment and/or a motion for decertification.

## II.   ALTERNATIVE DISPUTE RESOLUTION

Both sides are amenable to participating in a second mediation session. The Parties have exchanged the names of proposed mediators and are confirming their availability for mediation in the next 2-3 months.

Respectfully Submitted,

Dated: February 13, 2020

**MALLISON & MARTINEZ**

By: /s/ Liliana Garcia

Stan S. Mallison
Hector R. Martinez
Liliana Garcia

Attorneys for Plaintiff and the Class

Dated: February 13, 2020

**BAKER & HOSTETLER LLP**

By: /s/ Vartan S. Madoyan

Sabrina L. Shadi
Vartan S. Madoyan

Attorneys for Defendants