| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAY 20 2020 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

HENRY HERNANDEZ, individually and acting on behalf of a class of similarly situated employees,

        Plaintiff-Petitioner,

 v.

SYSCO CORPORATION, a Delaware Corporation; SYSCO SAN FRANCISCO, INC., a California Corporation,

        Defendants-Respondents.

No.   20-80035

D.C. No. 3:16-cv-06723-JSC
Northern District of California,
San Francisco

ORDER

Before: NGUYEN and COLLINS, Circuit Judges.

The court, in its discretion, denies the petition for permission to appeal the district court's order partially denying class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005).

LW/MOATT