STAN S. MALLISON (Bar No. 184191)
   StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
   HectorM@TheMMLawFirm.com
LILIANA GARCIA (Bar No. 311396)
   LGarcia@TheMMLawFirm.com
**MALLISON & MARTINEZ**
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

Attorneys for Plaintiff

MARGARET ROSENTHAL, Bar No. 147501
SABRINA L. SHADI, Bar No. 205405
VARTAN S. MADOYAN, Bar No. 279015
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA  90025-0509
Telephone:   310.820.8800
Facsimile:    310.820.8859
Emails:        mrosenthal@bakerlaw.com
              sshadi@bakerlaw.com
              vmadoyan@bakerlaw.com

Attorneys for Defendants
SYSCO CORPORATION
and SYSCO SAN FRANCISCO, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY HERNANDEZ, individually and acting in the interest of other current and former employees,<br><br>           Plaintiffs,<br><br>  vs.<br><br>SYSCO CORPORATION, a Delaware corporation; SYSCO SAN FRANCISCO, INC., a California corporation, and DOES 1 through 20, inclusive,<br><br>           Defendants. | Case No. 16-cv-06723-JSC<br><br>Hon. Jacqueline Scott Corley<br><br>**NOTICE OF SETTLEMENT**<br><br>Trial Date: May 17, 2021 |

1

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

HENRY HERNANDEZ ("Plaintiff") and SYSCO CORPORATION AND SYSCO SAN FRANCISCO, INC. (together, "Defendants") (collectively, the "Parties") have agreed in principle to settle the above-captioned matter. Plaintiff and Defendants have entered into a Memorandum of Understanding to resolve this matter in all respects. The Memorandum of Understanding also resolves the claims encompassed by the related matter of *Albert Moreno v. Sysco San Francisco, Inc.*, Case No. RG16840192, filed in the Superior Court for the County of Alameda. Counsel for the Parties are in the process of preparing and finalizing the long-form Settlement Agreement and Release ("Agreement"). After the Agreement is finalized and fully executed, the Parties will seek court approval (in either this action or the Moreno action) for resolution of the class and representative claims.

Respectfully submitted,

Dated: November 18, 2020     **MALLISON & MARTINEZ**

By: /s/ Liliana Garcia

Stan S. Mallison
Hector R. Martinez
Liliana Garcia

Attorneys for Plaintiff

Dated: November 18, 2020     **BAKER & HOSTETLER LLP**

By: /s/ Vartan S. Madoyan

Margaret Rosenthal
Sabrina L. Shadi
Vartan S. Madoyan

Attorneys for Defendants