STAN S. MALLISON (Bar No. 184191)
  StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
  HectorM@TheMMLawFirm.com
LILIANA GARCIA (Bar No. 311396)
  LGarcia@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

Attorneys for Plaintiff

MARGARET ROSENTHAL, Bar No. 147501
SABRINA L. SHADI, Bar No. 205405
VARTAN S. MADOYAN, Bar No. 279015
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA  90025-0509
Telephone: 310.820.8800
Facsimile:  310.820.8859
Emails:    mrosenthal@bakerlaw.com
           sshadi@bakerlaw.com
           vmadoyan@bakerlaw.com

Attorneys for Defendants
SYSCO CORPORATION
and SYSCO SAN FRANCISCO, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY HERNANDEZ, individually and acting in the interest of other current and former employees,<br><br>Plaintiffs,<br><br>vs.<br><br>SYSCO CORPORATION, a Delaware corporation; SYSCO SAN FRANCISCO, INC., a California corporation, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 16-cv-06723-JSC<br><br>Hon. Jacqueline Scott Corley<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:  January 28, 2021<br>Time: 1:30 p.m. |

Pursuant to the Court's Order (Dkt No. 149), Northern District Local Rule 16-9, and the Standing Order for All Judges of the Northern District of California, Plaintiff HENRY HERNANDEZ ("Plaintiff"), and Defendants SYSCO CORPORATION and SYSCO SAN FRANCISCO, INC. ("Sysco SF") (together, "Defendants") (Plaintiff and Defendants are referred to collectively as the "Parties"), submit this Joint Case Management Statement for the upcoming January 28, 2021 Case Management Conference.

**UPDATED STATUS OF ACTION**

The Parties in the above-referenced action, as well as the parties in the related Albert Moreno Action,[1] reached a global settlement of the Plaintiffs' class action and Private Attorneys' General Act ("PAGA") claims in the two actions, during a second mediation session with mediator Steve Rottman.  The Parties entered into a Memorandum of Understanding on October 26, 2020, and are finalizing the long-form settlement agreement.

The Parties anticipate submitting the global settlement for court approval in the Moreno Action.  The Parties intend to amend the complaint in the Moreno Action to add Plaintiff's claims to the Moreno Action for settlement purposes only, with Plaintiffs subsequently filing a motion for preliminary approval of the global settlement in the Moreno Action, and later filing a motion for final approval of the global settlement in the Moreno Action.

Accordingly, the Parties jointly request that this action be stayed for all purposes until the Court in the Moreno Action rules on preliminary and final approval of the settlement.  The Parties will provide an updated report to the Court regarding the status of the settlement after the forthcoming final approval hearing in the Moreno Action.

---

[1] The Albert Moreno action was pending before this Court, but was remanded back to the Superior Court of the State of California, Alameda County, Case No. RG16840192 (the "Moreno Action"). Albert Moreno and Plaintiff in this action are referred to together as "Plaintiffs."

Respectfully submitted,

Dated: January 21, 2021      **MALLISON & MARTINEZ**

By: /s/ *Liliana Garcia*

Stan S. Mallison
Hector R. Martinez
Liliana Garcia

Attorneys for Plaintiff

Dated: January 21, 2021      **BAKER & HOSTETLER LLP**

By: */s/ Vartan S. Madoyan*

Margaret Rosenthal
Sabrina L. Shadi
Vartan S. Madoyan

Attorneys for Defendants