STAN S. MALLISON (Bar No. 184191)
  StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
  HectorM@TheMMLawFirm.com
LILIANA GARCIA (Bar No. 311396)
  LGarcia@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

Attorneys for Plaintiff

MARGARET ROSENTHAL, Bar No. 147501
SABRINA L. SHADI, Bar No. 205405
VARTAN S. MADOYAN, Bar No. 279015
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA  90025-0509
Telephone: 310.820.8800
Facsimile:  310.820.8859
Emails:     mrosenthal@bakerlaw.com
            sshadi@bakerlaw.com
            vmadoyan@bakerlaw.com

Attorneys for Defendants
SYSCO CORPORATION
and SYSCO SAN FRANCISCO, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY HERNANDEZ, individually and acting in the interest of other current and former employees,<br><br>    Plaintiffs,<br><br>  vs.<br><br>SYSCO CORPORATION, a Delaware corporation; SYSCO SAN FRANCISCO, INC., a California corporation, and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. 16-cv-06723-JSC<br><br>Hon. Jacqueline Scott Corley<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's Order (Dkt No. 151), Plaintiff HENRY HERNANDEZ ("Plaintiff"), and Defendants SYSCO CORPORATION and SYSCO SAN FRANCISCO, INC. ("Sysco SF") (together, "Defendants") (Plaintiff and Defendants are referred to collectively as the "Parties"), submit this Joint Status Report.

**UPDATED STATUS OF ACTION**

The Parties in the above-referenced action and the parties in the related Albert Moreno Action (Alameda County Superior Court, Case No. RG16840192) reached a global settlement of the Plaintiffs' class action and Private Attorneys' General Act ("PAGA") claims in the two actions. The Parties are close to finalizing the long-form settlement agreement that encompasses both actions. Counsel for Defendants and counsel for Plaintiff Hernandez met and conferred on today's date to discuss the three remaining points of the settlement agreement which are being negotiated, and the Parties expect the long-form settlement agreement will be finalized and executed within 30 days. The delay in finalizing the long-form settlement agreement is due in part to Plaintiff Hernandez's counsel's unavailability due to losses in her family and personal health reasons.

The Parties will submit the global settlement for court approval in the Moreno Action, seeking both preliminary and final approval in the state court. Counsel in the Moreno Action will reserve a hearing date 60 to 90 days from today's date for Plaintiffs' motion for preliminary approval.

//
//
//
//
//
//
//

1  Respectfully submitted,

2

3  Dated: March 17, 2021                **MALLISON & MARTINEZ**

4

5                                        By: /s/ Liliana Garcia

6                                        Stan S. Mallison
                                         Hector R. Martinez
7                                        Liliana Garcia

8                                        Attorneys for Plaintiff

9  Dated: March 17, 2021                **BAKER & HOSTETLER LLP**

10

11                                       By: /s/ Vartan S. Mayodan

12                                       Margaret Rosenthal
                                         Sabrina L. Shadi
13                                       Vartan S. Madoyan

14                                       Attorneys for Defendants