STAN S. MALLISON (Bar No. 184191)
  StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
  HectorM@TheMMLawFirm.com
LILIANA GARCIA (Bar No. 311396)
  LGarcia@TheMMLawFirm.com
**MALLISON & MARTINEZ**
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

Attorneys for Plaintiff

MARGARET ROSENTHAL, Bar No. 147501
SABRINA L. SHADI, Bar No. 205405
VARTAN S. MADOYAN, Bar No. 279015
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA  90025-0509
Telephone:   310.820.8800
Facsimile:   310.820.8859
Emails:      mrosenthal@bakerlaw.com
             sshadi@bakerlaw.com
             vmadoyan@bakerlaw.com

Attorneys for Defendants
SYSCO CORPORATION
and SYSCO SAN FRANCISCO, INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY HERNANDEZ, individually and acting in the interest of other current and former employees,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>SYSCO CORPORATION, a Delaware corporation; SYSCO SAN FRANCISCO, INC., a California corporation, and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | Case No. 16-cv-06723-JSC<br><br>Hon. Jacqueline Scott Corley<br><br>**JOINT STIPULATION TO STAY PROCEEDINGS PENDING SETTLEMENT APPROVAL IN STATE COURT** |

Pursuant to Local Rule 7-12, Plaintiff HENRY HERNANDEZ ("Plaintiff"), by and through his counsel of record, Mallison & Martinez, and Defendants SYSCO CORPORATION and SYSCO SAN FRANCISCO, INC. ("Sysco SF") (collectively, "Defendants"), by and through their counsel of record, Baker & Hostetler LLP, hereby stipulate to, and respectfully request, a stay of proceedings pending settlement approval of a proposed class action settlement in the related case of *Albert Moreno v. Sysco San Francisco, Inc.*, Alameda County Superior Court Case No. RG16840192 ("Moreno Action"). The basis for this stipulation is as follows:

WHEREAS, the Parties in this case and in the related Moreno Action reached a global settlement of the Plaintiffs' class action and Private Attorneys' General Act ("PAGA") claims in the two actions.

WHEREAS, on March 17, 2021, in their Joint Status Report (Doc. 152), the Parties in this case informed the Court that the proposed settlement would be submitted for court approval in the Moreno Action, and the Parties would seek both preliminary and final approval in state court.

WHEREAS, Plaintiff Moreno's counsel filed a Notice of Association of Counsel in the Moreno Action on April 27, 2021;

WHEREAS, Plaintiffs have prepared a First Amended Complaint in the state court action to add Plaintiff Henry Hernandez and the class allegations not previously brought in the Moreno Action;

WHEREAS, Plaintiffs have prepared the moving papers for settlement approval in the state court action and their Motion for Preliminary Approval of Class Settlement is set to be heard by the Honorable Brad Seligman on August 3, 2021 at 3:00 p.m. in Department 23 (Reservation No. R-2269161).

NOW THEREFORE, the Parties STIPULATE as follows and respectfully request the Court adopt as an order:

1. All proceedings in this case shall be stayed pending resolution of the settlement approval motion in the Alameda County Superior Court.

2. The Parties shall file a Joint Status Report no later than August 17, 2021 following the hearing on Plaintiffs' Motion for Preliminary Approval in the state court.

Respectfully submitted,

Dated: July 13, 2021                                             **MALLISON & MARTINEZ**

By: /s/ Liliana Garcia

Stan S. Mallison
Hector R. Martinez
Liliana Garcia

Attorneys for Plaintiff

Dated: July 13, 2021                                             **BAKER & HOSTETLER LLP**

By: /s/ Vartan S. Madoyan

Margaret Rosenthal
Sabrina L. Shadi
Vartan S. Madoyan

Attorneys for Defendants

### CIVIL LOCAL RULE 5-1(i) ATTESTATION

Pursuant to Local Rule 5-1(i)(3), regarding signatures, Liliana Garcia hereby attests that concurrence in the filing of this document has been obtained from counsel for Defendants.

/s/ Liliana Garcia

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July 19, 2021                                      _/s/ Jacqueline Scott Corley_
                                                                              HON. JACQUELINE S. CORLEY