STAN S. MALLISON (Bar No. 184191)
   StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
   HectorM@TheMMLawFirm.com
**MALLISON & MARTINEZ**
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

Attorneys for Plaintiff

MARGARET ROSENTHAL, Bar No. 147501
SABRINA L. SHADI, Bar No. 205405
VARTAN S. MADOYAN, Bar No. 279015
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA  90025-0509
Telephone: 310.820.8800
Facsimile:  310.820.8859
Emails:   mrosenthal@bakerlaw.com
            sshadi@bakerlaw.com
            vmadoyan@bakerlaw.com

Attorneys for Defendants
SYSCO CORPORATION
and SYSCO SAN FRANCISCO, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY HERNANDEZ, individually and acting in the interest of other current and former employees,<br><br>           Plaintiffs,<br><br>   vs.<br><br>SYSCO CORPORATION, a Delaware corporation; SYSCO SAN FRANCISCO, INC., a California corporation, and DOES 1 through 20, inclusive,<br><br>           Defendants. | Case No. 16-cv-06723-JSC<br><br>Hon. Jacqueline Scott Corley<br><br>**JOINT STATUS REPORT REGARDING STATUS OF SETTLEMENT APPROVAL**<br><br><br>Date Action Filed: October 18, 2016<br>Date Removed: November 21, 2016 |

Pursuant to the Court's Order (Dkt No. 159), Plaintiff HENRY HERNANDEZ ("Plaintiff"), and Defendants SYSCO CORPORATION and SYSCO SAN FRANCISCO, INC. ("Sysco SF") (together, "Defendants") (Plaintiff and Defendants are referred to collectively as the "Parties"), submit this Joint Status Report Regarding Status of Settlement Approval.

The Parties in this action and in the related action of *Albert Moreno v. Sysco San Francisco, Inc.* ("Moreno Action") reached a global settlement of the Plaintiffs' class action and representative PAGA action claims in the two actions.  The Parties in the two actions agreed to seek a global settlement approval in the Moreno Action. Pursuant to the stipulation of the parties in this action, the Court stayed this action on July 13, 2021, pending resolution of the global settlement approval in the Moreno Action.

A motion for preliminary approval of the global settlement, along with supporting papers, was filed in the Moreno Action on July 20, 2021.  That motion was set to be heard on August 3, 2021 in the Moreno Action (Judge Brad Seligman). The court issued a tentative order requesting that the parties answer nine questions/issues posed by Judge Seligman, and the hearing was continued to August 31, 2021, in order to allow the parties to amend their settlement agreement and submit a supplemental motion.

The parties executed an amended settlement agreement and filed supplemental motion papers on August 26, 2021.  On August 30, 2021, Judge Seligman issued a tentative ruling granting the motion, in part, and requesting that the parties further amend the settlement agreement to revise language regarding one issue that the court raised with respect to procedures by which employees may object to the settlement. Judge Seligman stated that the court will hear any such objections regardless of whether or not employees submit such objections in writing.  The parties subsequently amended the settlement agreement to address the court's lone remaining issue, and

on November 23, 2021, Plaintiffs filed their motion for final approval of the global settlement in the Moreno Action. The court in the Moreno Action granted final approval of the global settlement on December 9, 2021, after which Defendants submitted the settlement funds to the settlement administrator for distribution according to the terms of the settlement.

      Accordingly, the Parties in this action request that the Court dismiss this action with prejudice.

Respectfully submitted,

Dated: January 5, 2022                                         **MALLISON & MARTINEZ**

                                                                     By: */s/ Stan S. Mallison*

                                                                   Stan S. Mallison
                                                                   Hector R. Martinez

                                                                   Attorneys for Plaintiff

Dated: January 5, 2022                                         **BAKER & HOSTETLER LLP**

                                                                    By: */s/ Vartan S. Madoyan*

                                                                   Margaret Rosenthal
                                                                   Sabrina L. Shadi
                                                                   Vartan S. Madoyan

                                                                   Attorneys for Defendants

## **ATTESTATION**

      I, Vartan S. Madoyan, attest that all other signatures listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

                                                              */s/ Vartan S. Madoyan*
                                                                Vartan S. Madoyan